# United States Court of Appeals for the Federal Circuit

---

**SFERRA FINE LINENS, LLC,**
*Appellant*

**v.**

**SFERA JOVEN S.A.,**
*Appellee*

---

2023-2198

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91226943.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

May 19, 2025
Date

Jarrett B. Perlow
Clerk of Court